David R. Flyer, Bar #100697
Raquel Flyer Dachner, Bar #282248
**FLYER & FLYER, A Professional Law Corporation**
4120 Birch St., Ste. 101
Newport Beach, CA 92660
(949) 622-8445
(949) 622-8448 (fax)
davidflyer@flyerandflyer.com
raquelflyer@flyerandflyer.com

Attorneys for Plaintiff
MATTHEW COMPTON

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW COMPTON, | Case No. 8:24-cv-01609-FWS-DFMx |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | U.S. District Judge: Hon. Fred W. Slaughter |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company, | U.S. Magistrate Judge: Hon. Douglas F. McCormick |
| Defendant. | Jury Trial Date:     Vacated<br>Next Hearing:       January 29, 2026 |

NOTICE IS HEREBY GIVEN to the Court, this matter has settled in principle with all of the material terms being agreed upon by Plaintiff Matthew Compton and Defendant Swift Transportation Co. of Arizona, LLC.  The parties are currently preparing a written settlement agreement and release.  After preparation and approval of the settlement agreement and release, the parties will submit a Request for Dismissal and Order thereon, by December 17, 2025.

Respectfully submitted,

FLYER & FLYER, A PROFESSIONAL
LAW CORPORATION

Dated:  November 17, 2025        By:        /s/  David R. Flyer
David R. Flyer, Raquel Flyer Dachner
Attorneys for Plaintiff
MATTHEW COMPTON

-1-

[\\FRONTDESK-WIN10\all files\A2074\Drafts\NtcStlmt-01pld.wpd]